# Matthew D. Rodgers

| | |
|---|---|
| **From:** | Nipper, Rebecca A <Rebecca.Nipper@fda.hhs.gov> |
| **Sent:** | Wednesday, April 24, 2024 2:08 PM |
| **To:** | Catherine J. Barber |
| **Cc:** | Michael Flammia; Christian B.W. Stephens; Jeff N. Gibbs; Stern, Max D.; Matthew D. Rodgers |
| **Subject:** | [External] RE: [EXTERNAL] Request For Production Of Certain Records Associated With 89 Fed. Reg. 20882 (Mar. 26, 2024) |

Dear Mr. Rodgers,

We are in receipt of your letters dated April 9, 2024, and April 17, 2024, requesting that the U.S. Food and Drug Administration ("FDA") (a) "(i) associate certain additional prior related dockets with the Second Rulemaking Docket [Docket No. FDA-2023-N-3902] and include all documents associated with those dockets in the Second Rulemaking Docket; (ii) include certain prior related submissions in the Second Rulemaking Docket; and (iii) place all documents encompassed within (i) and (ii), as well as all documents associated with Docket No. FDA-2016-N-1111 and Docket No. FDA-2014-N-0238, in FDA's administrative record for the Second Rulemaking" and (b): "promptly produce all records concerning the 'relevant data or information that [the Agency] ha[d] not already considered and discussed in the previous rulemaking,'" respectively.

This rulemaking is currently in the proposal phase. The proposed rule describes the information upon which it is based, including where stakeholders can find and review the information during the comment period. If you wish to make certain that specific data and information are reviewed by FDA as part of this rulemaking, or otherwise comment on the proposed rule, you should submit a comment to the proposed rule. Any comments on this rulemaking, including any data and information you would like FDA to review, should be submitted according to the instructions in the notice of proposed rulemaking.

As to requests for FDA to produce records, please refer to 21 CFR part 20, which includes among other subjects, FDA's policy regarding and procedures for obtaining public information from the Agency. Here is information on how to request records under FOIA: https://www.fda.gov/regulatory-information/freedom-information/how-make-foia-request.

Thank you for your interest in FDA's proposed rule.

Regards,

**Rebecca Nipper**
*Associate Director, Regulation, Policy & Guidance Staff*

**Office of Product Evaluation and Quality**
**Center for Devices and Radiological Health**
**U.S. Food and Drug Administration**
Tel: 301-796-6527
Rebecca.nipper@fda.hhs.gov



     

*Excellent customer service is important to us. Please take a moment to provide feedback regarding the customer service you have received here.*

**From:** Catherine J. Barber <cbarber@eckertseamans.com>
**Sent:** Wednesday, April 17, 2024 3:45 PM
**To:** Nipper, Rebecca A <Rebecca.Nipper@fda.hhs.gov>
**Cc:** Michael Flammia <MFlammia@eckertseamans.com>; Christian B.W. Stephens <CStephens@eckertseamans.com>; Jeff N. Gibbs <JGibbs@hpm.com>; Stern, Max D. <mdstern@toddweld.com>; Matthew D. Rodgers <mrodgers@eckertseamans.com>
**Subject:** [EXTERNAL] Request For Production Of Certain Records Associated With 89 Fed. Reg. 20882 (Mar. 26, 2024)

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Ms. Nipper:

Please see the attached correspondence from Matthew D. Rodgers.

Best,

Katie



### Catherine J. Barber
Legal Assistant

Eckert Seamans Cherin & Mellott, LLC
2 International Pl #1600  |  Boston, MA 02110
617-342-6876  |  617-342-6899
cbarber@eckertseamans.com



This email message and any files transmitted with it may be subject to attorney-client privilege and contain confidential information intended only for the person(s) to whom this email message is addressed. If you have received this email message in error, please notify the sender immediately by telephone or email and destroy the original message without making a copy. Any use, copying, disclosure, and/or distribution of this email message and/or any files transmitted with it by someone other than the intended recipient(s) is prohibited. Thank you.

Neither this information block, the typed name of the sender, nor anything else in this email message is intended to constitute an electronic signature and/or create an enforceable contract unless a specific statement to the contrary is included in this email message.